**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000662
13-JAN-2012
08:28 AM**

NO. CAAP-11-0000662

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DONNA EDWARDS MIZUKAMI,
nka DONNA C. EDWARDS, Petitioner-Appellee
v.
GLENN K. MIZUKAMI, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 90-4214)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that: (1) on September 8, 2011, Defendant-Appellant Glenn K. Mizukami (Appellant) filed a notice of appeal, but he did not pay the filing fee; (2) on September 8, 2011, Appellant filed a request to proceed in forma pauperis on appeal; (3) on September 13, 2011, this court issued an order denying the request and directing Appellant to pay the filing fee within ten days; (4) Appellant did not comply with the court order; (5) on December 15, 2011, the appellate clerk provided notice to Appellant that: (a) the filing fee was not paid, and the record could not be prepared and filed without payment of the filing fee; (b) pursuant to Hawai'i Rules of Appellate Procedure (HRAP)

Rule 11(c)(2), the matter would be called to the attention of the court on December 25, 2011 for such action as the appellate court deems proper, which may include dismissal of the appeal; and (6) thereafter, Appellant did not pay the filing fee.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 11(c)(2).

DATED: Honolulu, Hawai'i, January 13, 2012.

Chief Judge

Associate Judge

Associate Judge